**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**                        **CASE NO. 2:24-CR-29(2)**

**v.**                                    **JUDGE EDMUND A. SARGUS, JR.**

**LATISHA C. HOLLOWAY,**

       **Defendant.**

## OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, who recommended that the "defendant's guilty plea to Counts 2 and 4 of the *Indictment* be accepted."  (Report and Recommendation, ECF No. 54.)  The time for objections has passed. For the reasons stated in the Report and Recommendation, the Court hereby **ACCEPTS** the defendant's guilty plea and **ADOPTS** the Report and Recommendation in full.

       IT IS SO ORDERED.

**9/20/2024**                                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                    **UNITED STATES DISTRICT JUDGE**